DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

RECEIVED
JUN 1 6 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ANTONIO GARCIA | Case No. 04-55759 RLE |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471188 for an unclaimed dividend in the amount of $51.17. The name and address of the claimant entitled to the unclaimed dividend is as follows;

 Claim # 10  BAY AREA CREDIT SERVICE
        2860 ZANKER RD #105
        SAN JOSE, CA 95134

Dated: June 14, 2010

                   _/s/ Devin Derham-Burk_
                   DEVIN DERHAM-BURK, TRUSTEE