ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

RECEIVED
JUN 16 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ANTONIO GARCIA

Debtor

) Chapter 13
)
) Case No. 04-55759 RLE
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471187 for an unclaimed dividend in the amount of $53.44. The name and address of the claimant entitled to the unclaimed dividend is as follows;

Claim # 9    BAY AREA CREDIT SERVICE
             2860 ZANKER RD #105
             SAN JOSE, CA 95134

Dated: June 14, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 04-55759    Doc# 40    Filed: 06/16/10    Entered: 06/29/10 10:04:08    Page 1 of 1